Steven A. IVERSON, Appellant,

v.

Troy MCCORMACK, Appellee.

No. 02–2125.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2002.

Decided Oct. 8, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Steven A. Iverson appeals the district court's[1] order granting defendant's motion for summary judgment. Having carefully reviewed the record, we conclude summary judgment in favor of defendant was proper for the reasons explained by the district court. Accordingly, we affirm the district court's order granting summary judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.